IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIANA WILLIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-15-201-M |
| MAXIMUS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process and Brief in Support, filed August 28, 2015. Plaintiff has not responded to defendant's motion. Pursuant to Local Civil Rule 7.1(g)[1], the Court hereby deems defendant's motion to dismiss confessed. Accordingly, the Court GRANTS Defendant's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process and Brief in Support [docket no. 7] and DISMISSES this action.

**IT IS SO ORDERED this 8th day of October, 2015.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Local Civil Rule 7.1(g) provides, in pertinent part: "Any motion that is not opposed within 21 days may, in the discretion of the Court, be deemed confessed."