# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIANA WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-201-M |
| | ) |
| MAXIMUS, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to a separate order issued this same date, this action is hereby dismissed.

**ENTERED at Oklahoma City, Oklahoma this 8th day of October, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE